BAZ:rg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

NO. 81-6057 -Cr-NCR

v.

18 U.S.C. §3150
M/S $5,000 - 5 years

THOR HANSEN

INDICTMENT

The Grand Jury charges that:

FILED BY _____ DC

On or about May 19, 1981, at Ft. Lauderdale in Broward County, in the Southern District of Florida, the defendant,

THOR HANSEN,

having previously by Indictment No. 81-6021-CR-NCR filed March 2, 1981, been charged with offenses against the laws of the United States, namely possession with intent to distribute and distribution of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), which are felonies; having been allowed to remain on bond after having been released from custody pursuant to Title 18, United States Code, Section 3146 upon a surety bond in the amount of $25,000, and a personal surety bond in the amount of $70,000, for appearances before the United States District Court for the Southern District of Florida in connection with said charges, did knowingly and wilfully fail to appear as required for the continuation of his jury trial in connection with said charges before the Honorable Norman C. Roettger, Jr., United States District Court Judge; in violation of Title 18, United States Code, Section 3150.

A TRUE BILL

FOREPERSON

ATLEE W. WAMPLER, III
UNITED STATES ATTORNEY

BRUCE A. ZIMET
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO **81-6057** -Cr-NCR

UNITED STATES OF AMERICA      :

v.                            :      ESTIMATED TRIAL TIME

                              :

THOR HANSEN

CERTIFICATE OF TRIAL ATTORNEY          FILED by P ____ cc

I do hereby certify:                   '81 NOV 26 PM 4 23

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the indictment/~~information~~ attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 18, U.S.C. §3161.

3. This case will take __1__ ((days)) (weeks) (months) for the parties to try.

4. (Check the appropriate category)

   ✓ I      0 to less than 3 days
   ___ II   3 to less than 7 days
   ___ III  7 days to less than 3 weeks (15 days)
   ___ IV   3 weeks (15 days) to less than 6 weeks (30 days)
   ___ V    6 weeks to less than 3 months
   ___ VI   3 months to less than 6 months
   ___ VII  6 months or more

_____
BRUCE A. ZIMET
ASSISTANT UNITED STATES ATTORNEY